IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAREN MCGEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-820-RP |
| | § | |
| CITY OF AUSTIN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are two reports and recommendations of United States Magistrate Judge Dustin Howell concerning Defendant Travis County's Motion to Dismiss, (Dkt. 63), as to the third amended complaint and their subsequent Motion to Dismiss, (Dkt. 96), as to the fourth amended complaint. (R. & R., Dkts. 84, 104). Travis County timely filed objections to both reports and recommendations. (Objs., Dkts. 85, 105). Because the third and fourth amended complaint are largely identical in terms of the allegations against Travis County, the two sets of motions, reports and recommendations, and objections are substantively the same. (*See* Objs, Dkt. 105 ("[In the fourth amended complaint,] Plaintiff did not seek to substantively change her claims against the County, other than removing those causes of action already disposed of, leaving only the ADA and RA claims that are the subject of the pending Report and Recommendation addressing Travis County's renewed Motion to Dismiss.")).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Travis County timely objected to portions of both reports and recommendations, the Court reviews those portions of the reports and recommendations *de novo*.

1

Having done so and for the reasons given in the reports and recommendations, the Court overrules Travis County's objections and adopts the report and recommendation as its own order.

The Court **ORDERS** that the reports and recommendations of United States Magistrate Judge Dustin Howell, (Dkts. 84, 104), are **ADOPTED**.

**IT IS FURTHER ORDERED** that Travis County's motions to dismiss (Dkts. 63, 96) are **DENIED**.

**SIGNED** on September 8, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE