# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| Karen B McGee | § | |
| | § | CIVIL NO: |
| vs. | § | AU:23-CV-00820-RP |
| | § | |
| City Of Austin, et al | § | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, July 06, 2026 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 2nd day of July, 2026.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE