**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **KAREN MCGEE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 1:23-cv-00820** |
| | § | |
| **TRAVIS COUNTY, TEXAS** | § | |
| | § | |
| *Defendants.* | § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Plaintiff Karen McGee, by and through her undersigned counsel and Defendant Travis County, by and through their undersigned counsel, and file this Joint Notice of Settlement, and would respectfully show the Court as follows:

The Parties hereby notify the Court that they have reached a settlement that would resolve all issues in this case.

The Parties and their counsel are currently working to finalize the written settlement documents, including any necessary release agreements and other settlement-related paperwork required to complete the settlement.

Upon execution of the final settlement documents and satisfaction of all conditions necessary for dismissal, the Parties will file an appropriate dismissal document, including a Motion to Dismiss or Non-Suit with prejudice or other dismissal pleading pursuant to the Federal Rules of Civil Procedure.

1371573.1 329.3771

Accordingly, the Parties respectfully request that the Court remove this matter from any pending trial docket, motion docket and stay or abate all current deadlines and settings while the settlement is finalized, and grant such other and further relief, at law and/or in equity, to which the Parties may be justly entitled.

1371573.1 329.3771

Respectfully submitted,

By: _____ /s/ Lia Sifuentes Davis _____  
Rebecca Webber  
Webber Law  
Texas State Bar Number 24060805  
4228 Threadgill Street  
Austin, Texas 78723  
512-537-8833  
rebecca@rebweblaw.com  

Lia Sifuentes Davis  
Univ. of Texas School of Law  
Civil Rights Clinic  
Texas State Bar Number 24071411  
727 East Dean Keaton Street, D1800  
Austin, Texas 78705  
512-232-7222  
lia.davis@law.utexas.edu  

**DELIA GARZA**  
County Attorney, Travis County  
P. O. Box 1748  
Austin, Texas 78767  
Telephone:    (512) 854-9513  
Facsimile:    (512) 854-4808  

By:    /s/ Elaine Casas  
ELAINE CASAS  
State Bar No. 00785750  
Elaine.Casas@traviscountytx.gov  
SUSANA NARANJO-PADRON  
State Bar No. 24105688  
Susana.Naranjo-Padron@traviscountytx.gov  
Assistant County Attorneys  
**Attorneys for Defendant Travis County**

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to be noticed in the case.

/s/ Elaine Casas  
ELAINE CASAS

1371573.1 329.3771